UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BELL,<br>   Petitioner<br>  v.<br>ERIC ARNOLD, Warden,<br>   Respondent. | Case No. CV 17-1969-JFW (GJS)<br><br>**ORDER: ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; AND DENYING A CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition ("Petition"), all pleadings and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's September 15, 2017 response to the Report (Dkt. 18, "Response"). In his Response, Petitioner does not object to anything set forth in the Report. Instead, he elects "Option One" sets forth in the Report and asks the Court to "accept [his] voluntary dismissal of" the Petition pursuant to the terms set forth in Option One of the Report (p. 10).

The Court has conducted a de novo review and accepts the findings and recommendations set forth in the Report. Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action without a court order

before the opposing party serves either an answer or a motion for summary judgment or if the parties have stipulated to a dismissal. As Respondent answered the Petition in May 2017, Petitioner may voluntarily dismiss this case only by way of court order "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2); *see also Westlands Water District v. United States*, 100 F.3d 94, 96 (9th Cir. 1996). Whether to allow dismissal under Rule 41(a)(2) is within the Court's discretion. *Id.* The general policy is to allow dismissal unless the opposing party will suffer some form of legal prejudice as a result. *See Hamilton v. Firestone Tire & Rubber Co.*, 679 F.2d 143, 145 (9th Cir. 1982). The threat of defending against a second lawsuit in the future does not constitute legal prejudice. *Id.*; *see also Smith v. Lenches*, 263 F.3d 972, 976 (9th Cir. 2001).

There is no apparent reason to deny Petitioner's request to voluntarily dismiss this action without prejudice so that he may pursue exhaustion of one or more additional claims. Accordingly, **IT IS ORDERED** that: (1) Petitioner's request to voluntarily dismiss this action without prejudice is GRANTED; and (2) Judgment shall be entered dismissing this action without prejudice.

To the extent that the certificate of appealability requirement of 28 U.S.C. § 2253(c)(1)(A) may apply here, the Court does not find a certificate of appealability to be warranted under the governing standards and, therefore, DENIES a certificate of appealability.

DATE: September 19, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE