JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BELL,<br>　　　Petitioner<br>　　v.<br>ERIC ARNOLD, Warden,<br>　　　Respondent. | Case No. CV 17-1969-JFW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice, at Petitioner's request.

DATE: September 19, 2017　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE